**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| A-1 EXPRESS DELIVERY SERVICE, INC., | ) | Chapter 7 |
| | ) | Case No. 17-52865-pmb |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| M. Denise Dotson, as Chapter 7 Trustee of | ) | |
| A-1 Express Delivery Service, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. No. 19-05112-pmb |
| v. | ) | |
| | ) | |
| Wintrust Financial Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

M. Denise Dotson, as Chapter 7 Trustee of A-1 Express Delivery Service, Inc. ("Trustee" or "Plaintiff"), hereby dismisses with prejudice the Complaint filed in this case on February 12, 2019, against Defendant Wintrust Financial Corporation ("Defendant").

Defendant has not filed either an answer or a motion for summary judgment in this case. No receiver has been appointed in this case. This case is not governed by any statute that requires a court order for dismissal. Accordingly, under Fed. R. Civ. P. 41(a)(1)(A), made applicable to this proceeding by Fed. R. Bankr. P. 7041, this dismissal requires no order from the Court.

1

Dated this 14th day of October 2019.

                Rountree Leitman & Klein, LLC

                */s/ Alexandra Dishun*
                William Rountree
                State Bar of Georgia No. 616503
                David Klein
                State Bar of Georgia No. 183389
                Alexandra Dishun
                State Bar of Georgia No. 184502
                Attorneys for Plaintiff

Century Plaza I
2987 Clairmont Road
Suite 175
Atlanta, Georgia 30329
(404) 584-1238
wrountree@rlklawfirm.com
dklein@rlklawfirm.com
adishun@rlklawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 14, 2019, he filed the foregoing Notice of Dismissal using the Court's CM/ECF system, which will automatically serve all counsel of record in this case, and served a copy by email to the following attorney representative for Defendant:

Scott Kenig
Randall & Kenig, LLP
Skenig@randall-law.com

*/s/ William Rountree*
William Rountree
State Bar of Georgia No. 616503
*One of the Attorneys for Plaintiff*

3